# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
### EASTERN DIVISION

**PAUL M. NEESE, #47529**                                                              **PETITIONER**

**VERSUS**                                 **CIVIL ACTION NO. 4:09-cv-107-HTW-LRA**

**RON KING, Superintendent of SMCI**                                       **RESPONDENT**

## FINAL JUDGMENT

This cause is before the Court, *sua sponte*, for consideration of dismissal. Pursuant to the Memorandum Opinion issued this day, it is hereby,

ORDERED AND ADJUDGED that this cause be dismissed without prejudice for failure to comply with the orders of this Court.

SO ORDERED, this the 21st day of June, 2010.

                                             **s/ HENRY T. WINGATE**
                                             **CHIEF JUDGE**
                                             **UNITED STATES DISTRICT COURT**